# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **AMANDA B. CAHN** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **VS.** | § |
| | § CIVIL ACTION NO. H-05-0972 |
| | § |
| **WILLIAM MARSH RICE** | § |
| **UNIVERSITY,** | § |
| | § |
| **Defendant.** | § |

## FINAL JUDGMENT

On April 30, 2005, this court concluded a bench trial in the above matter and stated findings of fact and conclusions of law on the record. This court found credible the testimony of Rice University President David W. Leebron and Rice University Assistant Dean Donald H. Ostdiek as to the process used in, and basis for, the disciplinary sanction imposed on plaintiff, Amanda Cahn. This court did not find credible critical aspects of the testimony of Amanda Cahn and certain student witnesses who appeared on her behalf, as to the events of December 3, 2004 that led to the sanction and the process used to investigate those events and determine the sanction. In accordance with the findings and conclusions, this court denies Amanda Cahn's motion for a preliminary and permanent injunction. This court finds and concludes that there is no basis for the causes of action Amanda Cahn asserted that were tried before this court, under Title IX, 20 U.S.C. § 1681 and for breach of

contract, or for the remaining causes of action asserted in the complaint. All causes of action are dismissed, with prejudice. Cahn is to bear the reasonable costs of court.

    This is a final judgment.

    SIGNED on May 5, 2005, at Houston, Texas.

                                        Lee H. Rosenthal
                                    United States District Judge